

| | |
|---|---|
| **Brock J. Specht**<br>Direct: (612) 256-3292<br>Fax: (612) 338-4878<br>bspecht@nka.com | 4700 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(877) 448-0492 |

August 30, 2022

<u>**VIA ECF & EMAIL**</u>
The Honorable John P. Cronan, U.S.D.J.
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

> RE:    ***Kohari, et al. v. MetLife Group, Inc., et al.,*** **Case No. 1:21-cv-06146-JPC**
> **Letter Motion for Leave to File Amended Complaint**

Dear Judge Cronan:

Under Federal Rule of Civil Procedure 15(a)(2), Local Rule 7.1(d), and Your Honor's Individual Rules and Practices, Plaintiffs Rita Kohari, John Radolec, and Mohani Jaikaran ("Plaintiffs") respectfully submit this letter motion requesting leave to amend their Complaint and file the Amended Complaint attached as <u>**Exhibit A**</u>. A redlined comparison to the initial Complaint is attached as <u>**Exhibit B**</u>. As grounds for the motion, Plaintiffs state as follows:

1. Defendants do not oppose this motion;
2. The proposed amendment is within the time established by the Court's Civil Case Management Plan and Scheduling Order, *see ECF No. 47* ("Any motion for leave to amend or to join additional parties shall be filed by 9/15/2022."); and
3. The amendments will not delay the proceedings or prejudice any party and are based on information recently obtained in discovery.

Accordingly, Plaintiffs respectfully request that the Court grant their letter motion for leave to file the attached Amended Complaint.

Respectfully Submitted,

**NICHOLS KASTER, PLLP**

Brock J. Specht
Attorney for Plaintiffs

cc:    All Counsel of Record (via ECF)