UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITA KOHARI, *et al.*,

                                Plaintiffs,

                    -v.-

METLIFE GROUP, INC., *et al.*,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023

21 Civ. 6146 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

        IT IS HEREBY ORDERED that the parties shall appear for a video conference, via

Microsoft Teams, on March 14, 2023 at 11:30 AM, to discuss, among other things, the progress

of discovery.  The parties will receive log-in credentials via email.  The public listen-only line

may be accessed by dialing 646-453-4442 and entering Conference ID: 931 235 788#.

        SO ORDERED.

Dated: February 14, 2023
        New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge