UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rita Kohari, John Radolec, and Mohani Jaikaran, individually and as representatives of a class of similarly situated persons, and on behalf of the MetLife 401(k) Plan (f/k/a the Savings and Investment Plan for Employees of Metropolitan Life and Participating Affiliates),<br><br>            Plaintiffs,<br><br>v.<br><br>MetLife Group, Inc., Metropolitan Life Insurance Company, the MetLife Group Benefit Plans Investment Advisory Committee, the Employee Benefits Committee of MetLife Group, Inc., and John and Jane Does 1-20,<br><br>            Defendants. | Case No. 1:21-cv-6146-JHR-KHP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 9, 2025, at 10:00 a.m., before the Honorable Katharine H. Parker, United States Magistrate Judge, in Courtroom 17D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Plaintiffs Rita Kohari, John Radolec, and Mohani Jaikaran ("Plaintiffs") will and hereby do move the Court for an Order granting final approval of the parties' Class Action Settlement Agreement. *See* ECF No. 111-1. This motion is made under Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated September 16, 2024, ECF No. 127 at ¶ 6, and Paragraph 2.3 of the Settlement Agreement, and it is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Brock J. Specht and Heather Follensbee and exhibits attached

1

thereto, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

As parties to the Settlement, Defendants do not oppose the motion.

Dated: December 19, 2024

Respectfully submitted,

**NICHOLS KASTER, PLLP**

By: s/ Brock J. Specht
Paul J. Lukas, NY Bar No. 4522207
Brock J. Specht, MN Bar No. 0388343*
Grace I. Chanin, MN Bar No. 0399969*
Ben Bauer, MN Bar No. 0398853*
 *admitted *pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
gchanin@nka.com
bbauer@nka.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2024, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: December 19, 2024

*s/ Brock J. Specht*
Brock J. Specht