```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KOHARI, ET AL.,

                                Plaintiffs,                         21-CV-06146 (JHR)

        -against-                                       **ORDER RESCHEDULING FINAL**
                                                                    **CERTIFICATION HEARING**

MetLife Group, Inc.et al.,

                                Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The final class action certification hearing in this matter scheduled for Thursday, January 09, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, January 13, 2025 at 2:00 p.m**.

              SO ORDERED.

DATED:       New York, New York
                  January 2, 2025

                                                            _____
                                                            KATHARINE H. PARKER
                                                             United States Magistrate Judge